UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
_____

STEFANO CAVINATO, on behalf of HIMSELF and all others similarly situated,

        Plaintiff,

v.

ALLY FINANCIAL, INC.,

        Defendant.
_____/

Case No. 23-cv-10054
Hon. Judith E. Levy

## APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Jailah Emerson of Varnum LLP, enters her appearance as counsel for Stefano Cavinato, in the above-captioned matter.

        Respectfully submitted,
        VARNUM LLP

        By:   */s/ Jailah Emerson*
              Jailah D. Emerson (P84550)
              Varnum LLP
              480 Pierce Street, Suite 300
              Birmingham, MI  48009
              (248) 567-7800
              jdemerson@varnumlaw.com

Dated:  January 12, 2023        Attorneys for Stefano Cavinato

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2023 the foregoing pleading was filed electronically with the Clerk of the Court to be served by operation of the Court's ECF system to all counsel of record.

/s/ *Jailah D. Emerson*_____
Jailah D. Emerson
VARNUM LLP