

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**Declaration of Sponsor**

| Sponsor Information ||
|---|---|
| Full Name: | |
| Firm Name: | |
| Street Address: | |
| Apartment or Suite: | |
| City, State and Zip: | |
| Country: | |
| Phone Number: | |
| Email Address: | |

**Please select the reason this Declaration of Sponsor is being submitted.**
**If neither reason applies, this form is NOT required and should NOT be submitted to the Court.**

| *Oath performed remotely via telephone or video conference –LR 83.20(d)(4).* | *Declaration of Disciplinary Issues – LR 83.20(c)(2).* |
|---|---|

**Declaration**

I, the above-named sponsor, state that:

a) I am currently a member in good standing of the bar of this Court.

b) That I have known the applicant, _____, personally for _____ years _____ months.

c) That the applicant has engaged in the practice of law as follows:
_____
_____

d) The applicant is of good character and reputation and is qualified to practice as a member of the bar of this Court.

I declare under penalty of perjury that the above is true and correct.

_____     _____
Signature of Sponsor                                                                  Date