# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STEFANO CAVINATO,
individually, and on behalf of all
others similarly situated

    Plaintiff,                                 CASE NO. 2:23-CV-10054-JJCG

v.

ALLY FINANCIAL INC.,

    Defendant.

---

| | |
|---|---|
| **VARNUM LLP** | **BRADLEY ARANT BOULT CUMMINGS LLP** |
| Perrin Rynders (P38221) | Robert J. McGahan (D.C. Bar#446707) |
| Jailah D. Emerson (P84550) | Attorney for Defendant |
| Attorneys for Plaintiff | 101 Constitution Ave., NW, 9th Floor |
| 480 Pierce Street, Suite 300 | Washington, DC 20001 |
| Birmingham, MI 48009 | P: (304) 526-3505 |
| | Fax: (202) 689-2860 |
| | |
| **BAILEY & GLASSER** | Keith S. Anderson (Georgia Bar No. 136246) |
| James L. Kauffman (#12915) | Attorney for Defendant |
| Attorney for Plaintiff | One Federal Place |
| 1055 Thomas Jefferson Street NW | 1819 Fifth Avenue North |
| Suite 540 | Birmingham, Alabama 35203 |
| Washington, DC 20007 | Telephone: (205) 521-8000 |
| P:  202-463-2101 | |
| | |
| **SUE YOUR DEALER - A LAW FIRM** | M. Alyssa Barksdale (P824440) |
| Joshua Feygin (#124685) | Attorney for Defendant |
| Attorney for Plaintiff | 1221 Broadway |
| 1930 Harrison St, Suite 208 | Suite 2400 |
| Hollywood, FL 33020 | Nashville, TN 37203 |
| P:  954-228-5674 | Phone: (615) 252-2256 |

### DEFENDANT ALLY FINANCIAL INC.'S RENEWED MOTION TO COMPEL ARBITRATION AND TO DISMISS CASE PURSUANT TO FED. R. CIV. P. 12(b)(1)

Pursuant to Federal Rule of Civil Procedure 12(b)(1), 9 U.S.C. § 1 *et seq.*, Defendant Ally Financial Inc. ("Ally") hereby moves this Court to compel arbitration and to dismiss this case pursuant to Fed. R. Civ. P. 12(b)(1). The grounds for this motion are set forth in the accompanying brief.

Pursuant to Local Civil Rule 7.1(a), counsel for Ally contacted counsel for Plaintiff Cavinato to explain the nature of the relief Ally now seeks and the grounds for the instant motion, and to ascertain Plaintiff's position as to either concurring to the motion in full or narrowing the issues at hand. Counsel for Plaintiff advised that they would oppose the instant motion.

Respectfully submitted,

Dated: September 27, 2024

/s/*Robert J. McGahan*
**Bradley Arant Boult Cummings LLP**
Robert J. McGahan (D.C. Bar# 446707)
101 Constitution Ave., NW, 9th Floor
Washington, DC  20001
P: (304) 526-3505
Fax: (202) 689-2860
bmcgahan@bradley.com

Keith S. Anderson
Georgia Bar No. 136246
**Bradley Arant Boult Cummings LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

Telephone: (205) 521-8000
Facsimile: (205) 521-8800
kanderson@bradley.com

M. Alyssa Barksdale (P824440)
**Bradley Arant Boult Cummings LLP**
ONE 22 ONE
1221 Broadway
Suite 2400
Nashville, TN 37203
Phone: (615-252-2256)
abarksdale@bradley.com

*Counsel for Ally Financial Inc.*